UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ETHAN A. SLATER,<br><br>               Plaintiff,<br>    v.<br><br>RICK SCOTT, Sheriff, Grays Harbor County Sheriff's Office; BRAD JOHNSON, Undersheriff, Grays Harbor County Sheriff's Office; TRAVIS DAVIS, Chief, Grays Harbor County Jail,<br><br>               Defendants. | CASE NO. 3:22-cv-05395 RJB-SKV<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

      This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge S. Kate Vaughan.  Dkt. 7.  The Court has considered the Report and Recommendation and the remaining record.  The Court is fully advised.

      The Report and Recommendation recommends dismissal of Plaintiff's claims without prejudice.  No objections were filed.  For the reasons provided therein, the Report and Recommendation should be adopted.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

**ORDER**

It is **ORDERED** that:

- The Report and Recommendation (Dkt. 7) **IS ADOPTED**;
    - The Plaintiff's proposed complaint **IS DISMISSED WITHOUT PREJUDICE**; and
- This case **IS CLOSED.**

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge S. Kate Vaughn, all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 29th day of August, 2022.

*[signature]*

ROBERT J. BRYAN
United States District Judge